CAMPAU *v*. BOARD OF WAYNE COUNTY AUDITORS.

MUNICIPAL CORPORATIONS—PLATS, APPROVAL OF—STATUTES.

> Under Act No. 251, Pub. Acts 1915 (1 Comp. Laws 1915, §
> 3350 *et seq.*), mandamus will issue to compel the approval
> of a proposed plat by a board of county auditors, where
> such plat conforms to streets and alleys of adjoining plats
> and does not interfere with any general plan for streets
> and is disapproved by the board because relator has not
> provided for, and has refused to provide for, a certain
> street across his land.

Certiorari to Wayne; Sharpe, J., presiding. Submitted June 12, 1917. (Calendar No. 27,797.) Decided September 27, 1917.

Mandamus by Daniel J. Campau to compel the board of county auditors of Wayne county to approve a plat. From an order denying the writ, plaintiff brings certiorari. Reversed, and writ granted.

*Moore & Moore* (*Otto Kirchner*, of counsel), for plaintiff.

*Charles H. Jasnowski*, Prosecuting Attorney, and *Paul W. Voorhies*, Assistant Prosecuting Attorney, for defendant.

OSTRANDER, J. Plaintiff seeks to compel the defendant to approve a plat. The court below refused the writ of mandamus. The proposed plat conforms to the streets and alleys of adjoining plats. It does not interfere with any general plan for streets. It was disapproved because plaintiff had not provided for, and would not provide for, a certain street across his land.

The governing statute is Act No. 251, Public Acts of 1915 (1 Comp. Laws 1915, § 3350 *et seq.*). Plaintiff

is entitled to an approval, and the judgment must be reversed and one entered to this effect. *Campau* v. *Board of Public Works*, 86 Mich. 372 (49 N. W. 39); *Van Husan* v. *Heames*, 91 Mich. 519 (52 N. W. 18); *Owen* v. *Moreland*, 132 Mich. 477 (93 N. W. 1068).

KUHN, C. J., and STONE, BIRD, MOORE, STEERE, BROOKE, and FELLOWS, JJ., concurred.